[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

SEP 23 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jhamar Khalid Howard

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Melrose Park of Illinois, Mayor
John/Jane Doe, Melrose
Park Police John Doe(s)
Maybrook Sheriff's John
Doe(s)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

22cv5207
Judge Alonso
Magistrate Judge Gilbert
PC 7
Random Assignment

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Jhamar Khalid Howard

B. List all aliases: N/A

C. Prisoner identification number: R23398

D. Place of present confinement: Stateville N.R.C

E. Address: P.O. Box 112 Joliet Ill 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Melrose Park

Title: City / Township / municipality

Place of Employment: Illinois

B. Defendant: ~~Melrose Park Mayor~~ John/Jane Doe(s)

Title: Mayor

Place of Employment: Melrose Park of Illinois

C. Defendant: John Doe(s)

Title: Police Officals etc.

Place of Employment: Melrose Park Police Department of Illinois

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendants

D. Defendant: John Doe
Title: Police Offical
Place of Employment: Melrose Park Police Department of Illinois

E) Defendant: John Doe
Title: Sergeant
Place of Employment: Melrose Park Police Department of Illinois

F. Defendant: John/Jane Doe
Title: Mayor
Place of Employment: Melrose Park of Illinois

G. Defendant: ~~Maybrook Sheriffs~~ John Doe(s)
Title: ~~May~~ Sheriffs
Place of Employment: Maybrook Court house of Illinois

Page 2nd of page 2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about August, 2021, Plaintiff Jhamar Khalid Howard was arrested in Melrose Park and charged with resisting arrest and burglary. Plaintiff before his actual arrest did attempted to flee on foot from Melrose Park Police, which resulted in a brief foot chase. Melrose Park Police would ultimately catch plaintiff by tackling him to the ground shouting Mother Fucker, who told you to run from us and begin directly Punching Plaintiff, Jhamar Khalid Howard, about the face and body. This assault would then continue after plaintiff was secured behind his back with handcuffs. An offical plaintiff asserts whom wore 3 stripes on his sleeve he recall saying See if his ass could out run this taser and would shoot Plaintiff in his buttock administering bolts of electricty into plaintiffs body. This will also render plaintiff's body more defenseless as he still would be assaulted, where Plaintiff would substain two tightly closed black eyes and a swollen face as these officals would take turns punching Plaintiff's face and body and even kneeing Plaintiff's body

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:22-cv-05207 Document #: 1 Filed: 09/23/22 Page 6 of 16 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

when these officals would fall on top of Plaintiff's body as a result of trying to find a better position to strike at Plaintiff's face, Plaintiff would attempt at his best to remain in a curl fetal position which would enrage these officals whom would assault plaintiff even more vicously. Plaintiff would suffer all night long as he cried for help saying Please take him to the hospital, which Melrose Park Police officals would go back and forward saying fuck your medical attention and then would ultimately push plaintiff into a holding cell after he was transported to Melrose Park Police Station. The next shift would then come in and observe plaintiff in lock up and would say they would not start they shift until they first took pictures of Plaintiff in holding. These officals would then have plaintiff exit the holding cell to be photographed and placed back into the holding cell failing to provide medical attention as plaintiff would ask for medical help. Plaintiff could not see through his eyes and had problems breathing due to the injuries to his face. Melrose Park Police, would thereafter transfer Plaintiff into the custody of Maybrook Sheriff's, where plaintiff would ask to be taking to a hospital, Maybrook Sheriff's would tell plaintiff thats above they pay grade and to wait until he get to where he was going. Maybrook Sheriff's would then

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

transfer plaintiff to Cook County Jail. Where upon arrival Cook County Sheriff's asked all incoming detainees did anybody need any medical attention. Plaintiff would then speak up through a swollen face that he was beaten by Melrose Park Police. That offical would then observe plaintiff injuries after Maybrook Sheriff's dropped Plaintiff off into Cook County custody. They would ask plaintiff where did he just come from, plaintiff would tell the Sheriff MayBrook, the sheriff then responded no not Maybrook but where did you get arrested plaintiff then reiterated Melrose Park Police department who beat plaintiff severely.

Plaintiff would then witness due to over hearing the Sheriff contact Melrose Park Police department, asking them where was plaintiff's medical paper work. The Sheriff would place the call on speaker phone where Plaintiff could now be privy to both ends of the conversation.
The offical from Melrose Park Police department would then say why did plaintiff need medical paper work. The County Sheriff would then explain that plaintiff's had injuries that were sufficient enough for immediate medical attention.

Page 6

But Melrose Police would then say they would not come back and retrieve plaintiff from Cook County Jail.

Plaintiff would ultimately be transfered back to Melrose Police Department, by Cook County Sheriff's in a squad car. Plaintiff upon arrival would be giving over to an awaiting ambulance, where plaintiff would be taking to Gotlibb Hospital, in Melrose Park IL, and treated for his injuries

Plaintiff would then again be transfered back to Melrose Park police station, where he will spend another day or night in pain. Plaintiff would be prescribed pain medication but would not be afforded any of his prescribed medication. This would become a systemic issue radiating out of Melrose Park Police department.

Plaintiff over night stay he would be fearful all night in pain and not being able to sleep thinking they would return to cause more damage.

Plaintiff would recall #3 officers and 1 being an offical with #3 stripes on his arm sleeve, when he was able to see through his eyes. These were the offical(s) whom severely beat plaintiff about the face and body causing disfigurement to plaintiff's entire face.

However, Plaintiff would ultimately be transfered back to Cook County Jail where they did accept him this time

Page 7

*3 But this time plaintiff would come before a panel of 3 on a Zoom Cam, where he would be instructed to reveal his injuries as he would be recorded before plaintiff would go before a Judge For Bond hearing.

Plaintiff recalls at some time during a court appearance though Plaintiff is unsure exactly to which one, Melrose Police would state in open Court that no body cam was operating during Plaintiff's arrest.

Plaintiff would also recall hearing the officer state that one of the officer's alledgedly broke his hand as a result of a domino effect when they all fell down alledgedly during Plaintiff's resisting arrest. Here plaintiff asserts that these offical(s) would turn plaintiff over unto his back while on the ground. That officer would then try and Punch plaintiff in the face stating you want to run from us. Plaintiff being tearful and expecting to be struck anticipated the blow to his face and shifted his body, this would cause the officer to strike out and miss and strike the ground.

This would cause these officals to afflict more Violently of an assault upon plaintiff, whom were laying Prone on his back with both of his hands secured in hand-cuffs behind his back.

Page 8

where these officals would show plaintiff no mercy while beating him with closed fist about the face and kneeing him in the body.
These officals would also mash his extrimitise into the concrete. Hell bent on extracting pain for the officer alledge injury.
Plaintiff would ultimately post bail and released, where plaintiff would make numerous attempts in contacting Melrose Park Police Department. Plaintiff asserts that's when he stated to the offical whom answered that he wanted to file a criminal complaint against these offical(s). Plaintiff would be directed to an unknown party where he would be placed on hold until the phone would disconnect. Numerous of times
Plaintiff would be too terrified to enter Melrose Park Police Department, after the violent assault and arrest that took place in or about the end of August of 2021, By Melrose Park Police, who savagely beat plaintiff due to plaintiff failed attempt to flee from these officals

### Conclusion.

These offical(s) were on duty working in their officals capacity as law enforcement when under the color of state law to serve and protect.

Page 9

when they violated plaintiff's liberty whom wasn't convicted at time of offense, These offical(s) almost totally with disregard of the law nearly deprived plaintiff of his life. Rendering his due process mute when these offical(s) acted as Judge and Jury while as officals acting under the color of law. Melrose Park Police offical(s), Maybrook, sheriff(s) all deprived plaintiff medical attention
Any reasonable person would have known that plaintiff was in need of immediate medical attention. These offical(s) negligents was so wanton that it should be a crime punishable by the full extent of the law.
Plaintiff is currently paying his debt to society for his wrongs as these offical(s) should be held accountable to theirs. "Excessive force"
The City of Melrose Park, through its offical(s) are responsible for the safety of its citizens and those that visits there of. Failure to do so puts its citizens in great peril resulting in the atrocity that was commited to plaintiff that would become the basis of this lawsuit, by its own offical(s) Excessive force
John/Jane Doe Mayor of the City of Melrose Park IL serves as both the leader of its citizens and police force, and employed through Melrose Park of Illinois Fail to Supervise. John Doe(s) of Melrose Park Police Department are employed through the City of Melrose Park of Illinois

Page 10

Maybrook Sheriff(s) John Doe(s) are, employed and under the color of law while operating as offical(s) under Illinois state law.
Whom deprived plaintiff medical attention, that any reasonable person would know or should have known that plaintiff needed medical attention.
That these offical(s) was negligent and wanton in providing.

Wherefore plaintiff through the aid of a jail house lawyer prays for both legal representation and that this honrable Court, Award damages for punitive and exemplary damages and any other damages deemed by the trier of fact to be Just fair and appropriate.
Plaintiff's Demands Jury trial

Respectfully Submitted

Date 9/15/22

X Jhanar Khalid Howard
Jhanar Khalid Howard
R23398

Stateville N.R.C
P.O. Box 112
Joliet IL 60434

Page 11 of Complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore plaintiff through the aid of a jailhouse lawyer prays for both legal representation and that this honorable court, award damages for punitive damages, exemplary damages and any other damages deemed by the tries of fact to be just fair and appropriate.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this September day of 15, 2022

/s/ Khalid Howard
(Signature of plaintiff or plaintiffs)

Jhamar Khalid Howard
(Print name)

R-23398
(I.D. Number)

Stateville Northern Reception Center
P.O. Box 112 Joliet IL 60434
(Address)

UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS

Jhamar Khalid Howard

Date 9/14/22

V.

~~The City of Melrose Park of Illinois et al~~

To The Clerk of The Court.

I, Jhamar Khalid Howard, #I.D R-23398, is currently incarcerated at Stateville N.R.C, request from the clerk of the court #4, 1983 packets in its entirety. #4 packets. Petitioner also request #3, 9x12 manila legal envelopes. Petitioner is indigent and only seeks to find proper redress through the Courts. Please and Thank You.

Respectfully Submitted

Stateville N.R.C
P.O. Box 112
Joliet IL 60434

X Jhamar Khalid Howard
Jhamar Khalid Howard
R23398

Page 1 of 1

Jhamar Khalid Howard #R-23398
P.O. Box 112
Joliet IL 60434

LEGAL MAIL

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
Prisoner Correspondence
United States Court House
219 South Dearborn Street
Chicago Illinois 60604

22cv5207
Judge Alonso
Magistrate Judge Gilbert
PC 7
Random Assignment

LEGAL MAIL

IDOC LEGAL MAIL




US POSTAGE PITNEY BOWES
ZIP 60434 $ 001.92°
02 4W
0000371311 SEP 20 2022

LEGAL   MAIL



09/23/2022-15